UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SAMUEL NIEVES,

      Plaintiff,

      v.

COMMISSIONER OF SOCIAL
SECURITY

      Defendant.

Case No. 09-2884 (PGS)

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915; it is on this 18th day of June, 2009

    **ORDERED** that the application is:

    __X__  GRANTED, and the clerk is directed to file the complaint; and

    **IT IS FURTHER ORDERED** that the clerk issue summons to be served by the plaintiff's attorney upon defendants with copies of the Complaint and this Order.

    _____  DENIED, for the following reasons:

_____
_____
_____

                                        _____
                                        PETER G. SHERIDAN, U.S.D.J.

June 18, 2009